IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| L&F HOMES AND DEVELOPMENT, LLC, d/b/a HYNEMAN HOMES | § § § | PLAINTIFF |
| v. | § § § | Civil Action No.1:10cv387HSO-JMR |
| CITY OF GULFPORT, MISSISSIPPI | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motions for Summary Judgment [581], [591], [593], filed by Defendant City of Gulfport. The Court, after full review and consideration of Defendant's Motions, Plaintiff's Responses, the Rebuttals, the pleadings on file, and the relevant legal authorities, finds that in accord with the Memorandum Opinions and Orders entered on the aforesaid Motions,

**IT IS, THEREFORE ORDERED AND ADJUDGED,** that, pursuant to the Court's Memorandum Opinion and Order granting Defendant's Motion for Partial Summary Judgment on § 1983 Claims [591], Plaintiff's Takings Clause Claim is **DISMISSED WITHOUT PREJUDICE**.

**IT IS, FURTHER ORDERED AND ADJUDGED,** that Judgment is rendered in favor of Defendant City of Gulfport pursuant to FED. R. CIV. P. 56 on Plaintiff's remaining claims, and these claims are **DISMISSED WITH PREJUDICE**. This civil action is dismissed with prejudice. All remaining pending motions are rendered moot.

**SO ORDERED AND ADJUDGED**, this the 20th day of July, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE